# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whipple, Mary Ann | U.S. Bankruptcy Court, N.D. OH | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Room 111, U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Uniform Gift to Minors Act Minor #1 [See Note Part VIII] |
| 2. | Custodian | Uniform Gift to Minors Act Minor #2 |
| 3. | Trustee | Trust #1 |
| 4. | Trustee | Trust #2 |
| 5. | Trustee | Trust #3 |
| 6. | Trustee | Trust #4 |
| 7. | Part time faculty | University of Toledo College of Law |
| 8. | Executive Committee Member | Morrison R. Waite Chapter, American Inns of Court |
| 9. | Executive Board Member | University of Michigan Club of Greater Toledo |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | State Teachers Retirement System (Ohio); interest in public pension plan |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

3.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | University of Toledo-compensation for teaching fall semester | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 6/9/11 to 6/12/11 | Traverse City, MI | Workshop speaker | workshop registration fee |
| 2. | Cleveland Metro Bar Association | 5/17/11 | Cleveland, OH | Seminar speaker | transportation expenses |
| 3. | Akron Bar Association | 4/1/11 | Hartville, OH | Seminar speaker | seminar registration fee and transportation expenses |
| 4. | American Bankruptcy Institute (ABI) | 12/11/11 | Detroit, MI | Seminar speaker | seminar registration fee |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington National Bank(IRA)(CDs) (Accounts) | D | Interest | M | T | | | | | See Note in Part VIII |
| 2. Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 3. Blackrock Mid Cap Growth Equity Portfolio Class A | A | Dividend | K | T | | | | | |
| 4. AllianceBernstein International Growth Fund Class A | A | Dividend | J | T | | | | | |
| 5. Nuveen Insured Municipal Opportunity Fund | A | Dividend | J | T | | | | | |
| 6. Blackrock Balanced Capital Fund Class A | A | Dividend | J | T | | | | | |
| 7. MFS Municipal Income Fund A | A | Dividend | J | T | | | | | |
| 8. MFS Global Total Return Fund A | A | Dividend | J | T | | | | | |
| 9. MainStay Large Cap Growth Fund Inv Class | | None | K | T | | | | | |
| 10. MainStay Common Stock Fund Inv. Class | A | Dividend | K | T | | | | | |
| 11. MainStay ICAP Select EQ Fund Inv. Class | | None | K | T | | | | | |
| 12. MainStay Growth Equity Fund Inv. Class (IRA) | | None | J | T | | | | | |
| 13. Investment Company of America-A Fund Number 4 | A | Dividend | K | T | | | | | |
| 14. Franklin Equity Income Fund-Class A | A | Dividend | J | T | | | | | |
| 15. UBS Pace Large Company Value Equity Fund Class C | A | Dividend | J | T | | | | | |
| 16. UBS U.S.Equity Opportunity Fund Class C | A | Dividend | K | T | | | | | See Note in Part VIII |
| 17. UBS Pace Global Fixed Income Fund Class C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS U.S. Allocation Fund Class C | A | Dividend | J | T | | | | | |
| 19. UBS Cash Fund | A | Dividend | J | T | | | | | |
| 20. Columbus Life Ins. Co. Annuity | C | Interest | L | T | | | | | |
| 21. Vanguard Windsor II Fund (UGMA #1) | A | Dividend | | | Distributed | 08/05/11 | J | | See Note in Part VIII |
| 22. Vanguard Windsor II Fund (UGMA #2) | A | Dividend | J | T | | | | | |
| 23. Western National Bank (CD)(UGMA #1) | A | Interest | | | Closed | 12/16/11 | K | | See Note in Part VIII |
| 24. Western National Bank (CD)(UGMA #2) | A | Interest | | | Closed | 12/16/11 | K | | See Note in Part VIII |
| 25. Washington Federal Seattle Wash. (CD UGMA #1) | | None | K | T | Open | 12/16/11 | K | | See Note In Part VIII |
| 26. Washington Federal Seattle Wash (CD UGMA #2) | | None | K | T | Open | 12/16/11 | K | | See Note in Part VIII |
| 27. U.S. Savings Bonds | | None | K | T | | | | | |
| 28. STRS (Ohio) Money Market Account (Ohio public pension) | A | Dividend | J | T | | | | | |
| 29. STRS (Ohio) Russell 1000 Index Fund (Ohio public pension) | A | Dividend | J | T | | | | | |
| 30. National City Bank (account)(CD) | B | Interest | L | T | | | | | |
| 31. United Services Federal Credit Union (account) | A | Interest | J | T | | | | | |
| 32. FirstMerit Bank(account) | A | Interest | K | T | | | | | |
| 33. Northwestern Mutual Extra Ordinary Life Policy | A | Dividend | J | T | | | | | |
| 34. Northwestern Mutual 65 Life Policy | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 36. Western National Bank (money market account)(CD) | B | Interest | | | Closed | 12/16/11 | M | | See Note in Part VIII |
| 37. Washington Federal Seattle Wash (money market account)(CD) | | None | M | T | Open | 12/16/11 | M | | See Note in Part VIII |
| 38. The Trust Company of Toledo, N.A.(IRA Rollover) | D | Int./Div. | O | T | | | | | |
| 39. --Dodge & Cox International Stock Fund (IRA) | | | | | Sold | 12/30/11 | K | A | |
| 40. --Third Avenue Value Fund (IRA) | | | | | Sold | 12/30/11 | K | A | |
| 41. --Vanguard Institutional Index Fund (IRA) | | | | | | | | | |
| 42. --Buffalo Small Cap Fund (IRA) | | | | | | | | | |
| 43. --MFS Int'l New Discovery-1 Fund (IRA) | | | | | Sold (part) | 12/30/11 | J | A | |
| 44. --Vanguard Short Term Federal Bond Fund (IRA) | | | | | | | | | |
| 45. --Northern Institutional Prime Obligations Portfolio (IRA) | | | | | | | | | |
| 46. --Vanguard Intermediate Term Bond Index (IRA) | | | | | | | | | |
| 47. --Harbor International Fund (IRA) | | | | | | | | | |
| 48. --Harbor Bond Fund (IRA) | | | | | | | | | |
| 49. --Fairholme Fund (IRA) | | | | | Sold | 11/25/11 | K | A | |
| 50. --Fidelity Contrafund (IRA) | | | | | | | | | |
| 51. --Stratton Small- Cap Value Fund (IRA) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Jensen Quality Growth Fund Inv Class (IRA) | | | | | Buy | 11/25/11 | K | | |
| 53. --Vanguard Dividend Growth-1 (IRA) | | | | | Buy | 12/30/11 | K | | |
| 54. --Invesco Int'l Growth (IRA) | | | | | Buy | 12/30/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, Mary Ann | 05/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I Notes: Trusts 1 and 2 are unfunded life insurance trusts for ▮▮▮▮▮▮▮▮▮. One is empty and the other contains only term life insurance policies, so no assets are being reported in Part VII. Trusts 3 and 4 are inter vivos trusts for ▮▮▮▮▮▮▮▮▮. Both are empty so no assets are being reported in Part VII. Minor #1 reached the age of majority under the Ohio UGMA statute in 2011. The Vanguard Windsor II Fund reported in Part VII Line 21 was transferred to the former minor during the reporting period. The former Western National Bank CD reported at Part VII Line 23, which became a Washington Federal Seattle Wash CD on 12/16/11 as reported at Part VII Line 25 and as described below, was still maintained in my name as custodian at the end of the reporting period.

Chief Judge Alice Batchelder authorized the teaching position at the University of Toledo College of Law on an AO Form 304 dated July 1, 2011.

Part VII Notes: The Huntington National Bank IRA [Line 1] is invested in a Huntington National Bank CD.

The UBS Large Cap Value Equity Fund reported at Part VII Line 16 of the May 11, 2011, report had its name changed on December 28, 2011, to the UBS U.S. Equity Opportunity Fund as reported at Part VII Line 16 of this report.

Western National Bank [Part VII Lines 23, 24 and 36] was closed by the Office of Comptroller of the Currency, who named the Federal Insurance Deposit Corporation Receiver on December 16, 2011. The deposits and accounts of Western National Bank were assumed by Washington Federal, Seattle Washington [Part VII Lines 25, 26 and 37] as of December 16, 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Ann Whipple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544